**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Maurice Presbery                                        CHAPTER 13
                               Debtor(s)

                                                                              BKY. NO. 22-11470 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

                                                                              Respectfully submitted,

                                                                              /s/ Rebecca Solarz
                                                                              Rebecca Solarz
                                                                              24 Jun 2022, 13:08:29, EDT

                                                                              KML Law Group, P.C.
                                                                              701 Market Street, Suite 5000
                                                                              Philadelphia, PA 19106-1532
                                                                              (215) 627-1322