# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-11470-ELF

MAURICE PRESBERY

5916 ELLA STREET

PHILADELPHIA, PA 19120

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MAURICE PRESBERY

    5916 ELLA STREET

    PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER, ESQ.
    MARGOLIS EDELSTEIN
    170 S. INDEPENDENCE MALL W, STE 400
    PHILADELPHIA, PA 19106-

Date: 8/17/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee