United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-11470-elf

Maurice Presbery  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: Sep 06, 2022      Form ID: 152      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maurice Presbery, 5916 Ella Street, Philadelphia, PA 19120-2036 |
| 14701524 | + | Lakeview Loan Servicing LLC, C/O Rebecca Solarz, Esquire, KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14709800 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14696354 | + | Wells Fargo/Furniture Marketing Group, Po Box 14517, Des Moines, IA 50306-3517 |
| 14696353 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 07 2022 04:06:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 07 2022 04:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 07 2022 04:04:51 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14714476 | | Email/Text: megan.harper@phila.gov | Sep 07 2022 04:06:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14696342 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 07 2022 04:15:57 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14696343 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 07 2022 04:06:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14696344 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 07 2022 04:06:00 | Comenitycapital/bjsclb, Po Box 182120, Columbus, OH 43218-2120 |
| 14709632 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2022 04:04:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14706535 | ^ | MEBN | Sep 07 2022 04:00:43 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14696345 | | Email/Text: camanagement@mtb.com | Sep 07 2022 04:06:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14696346 | | Email/Text: camanagement@mtb.com | Sep 07 2022 04:06:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 14696475 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 07 2022 04:04:43 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696553 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 07 2022 04:04:43 | Orion, C/O Valerie Smith, PRA Receivables |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696347 | + | Email/Text: DeftBkr@santander.us | Sep 07 2022 04:06:00 | Santander Bank, 10-64-38-Fd7, 601 Penn Street, Reading, PA 19601-3563 |
| 14696349 | + | Email/Text: DeftBkr@santander.us | Sep 07 2022 04:06:00 | Santander Bank, Po Box 12646, Reading, PA 19612-2646 |
| 14696350 | + | Email/Text: DeftBkr@santander.us | Sep 07 2022 04:06:00 | Santander Bank, Po Box 841002, Boston, MA 02284-1002 |
| 14696348 | + | Email/Text: DeftBkr@santander.us | Sep 07 2022 04:06:00 | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 14706770 | + | Email/Text: DeftBkr@santander.us | Sep 07 2022 04:06:00 | Santander Bank, N.A, 450 Penn St, MC: PA-450-FB1, Reading, PA 19602-1011 |
| 14696351 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2022 04:04:35 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14696352 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2022 04:04:35 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14706771 | *+ | Santander Bank, N.A, 450 Penn St, MC: PA-450-FB1, Reading, PA 19602-1011 |
| 14706772 | *+ | Santander Bank, N.A., 450 Penn St, MC: PA-450-FB1, Reading, PA 19602-1011 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2022              Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2022 at the address(es) listed below:**

**Name**            **Email Address**

GEORGETTE MILLER
on behalf of Debtor Maurice Presbery
Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com;bky@dilworthlaw.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

REBECCA ANN SOLARZ
on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 06, 2022 | Form ID: 152 | Total Noticed: 25 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Maurice Presbery
    Debtor(s)

Case No: 22−11470−elf

Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 9/27/22 at 10:00 AM , in HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Timothy B. McGrath
Clerk of Court

24
Form 152