**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **MAURICE PRESBERY,** | ) | Chapter 13 |
| | ) | |
| | ) | **Case No. 22-11470-elf** ) |
| **Debtor(s)** | ) | |

**CERTIFICATE OF SERVICE**

      Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtor's Second Amended Chapter 13 Payment Plan, filed on November 14, 2022, upon the following individuals listed below, by electronic means and/or first-class mail on November 14, 2022:

KENNETH E. WEST,
Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Maurice Presbery
5916 Ella Street
Philadelphia, PA 19120

**ALL ATTORNEYS OF RECORD
ALL PARTIES ON CLERK'S SERVICE LIST
ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the
ADDRESS LISTED ON FILED PROOFS OF CLAIMS**
And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.


Respectfully Submitted,

/s/ Michelle Lee Michelle Lee, Esq. Margolis Edelstein 170 S Independence Mall W Ste 400E Philadelphia, PA 19106