# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Maurice Presbery, | : | CHAPTER 13 |
| | : | |
| DEBTOR(S), | : | CASE NO. 22-11470 |

## PRAECIPE TO WITHDRAW DOCUMENT

To the Clerk,

    Kindly withdraw Debtor's Certificate of Service regarding Second Amended Chapter 13 Plan filed on November 16, 2022, docket number 44.

Dated: November 16, 2022                    Respectfully Submitted,

                                                  /s/ Michelle Lee

                                                  Michelle Lee, Esquire
                                                  Dilworth Paxson LLP
                                                  1500 Market Street, Suite 3500E
                                                  Philadelphia, PA 19102

{00362533;v1}