United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-11470-elf

Maurice Presbery  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 23, 2022 | Form ID: 155 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maurice Presbery, 5916 Ella Street, Philadelphia, PA 19120-2036 |
| 14701524 | + | Lakeview Loan Servicing LLC, C/O Rebecca Solarz, Esquire, KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14709800 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14696353 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 14696354 | + | Wells Fargo/Furniture Marketing Group, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14714476 | | Email/Text: megan.harper@phila.gov | Nov 23 2022 23:55:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14696342 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2022 23:54:45 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14696343 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2022 23:55:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14696344 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2022 23:55:00 | Comenitycapital/bjsclb, Po Box 182120, Columbus, OH 43218-2120 |
| 14709632 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2022 23:54:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14706535 | ^ | MEBN | Nov 23 2022 23:50:02 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14696346 | | Email/Text: camanagement@mtb.com | Nov 23 2022 23:55:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 14696345 | | Email/Text: camanagement@mtb.com | Nov 23 2022 23:55:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14696475 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2022 23:54:44 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696553 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2022 23:54:52 | Orion, C/O Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696347 | + | Email/Text: DeftBkr@santander.us | Nov 23 2022 23:55:00 | Santander Bank, 10-64-38-Fd7, 601 Penn Street, Reading, PA 19601-3563 |
| 14696349 | + | Email/Text: DeftBkr@santander.us | Nov 23 2022 23:55:00 | Santander Bank, Po Box 12646, Reading, PA 19612-2646 |
| 14696350 | + | Email/Text: DeftBkr@santander.us | Nov 23 2022 23:55:00 | Santander Bank, Po Box 841002, Boston, MA 02284-1002 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 23, 2022 | Form ID: 155 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| 14696348 | + | Email/Text: DeftBkr@santander.us | Nov 23 2022 23:55:00 | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 14706770 | + | Email/Text: DeftBkr@santander.us | Nov 23 2022 23:55:00 | Santander Bank, N.A, 450 Penn St, MC: PA-450-FB1, Reading, PA 19602-1011 |
| 14696351 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2022 23:54:58 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14696352 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2022 23:54:59 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14733318 | * | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14706771 | *+ | Santander Bank, N.A, 450 Penn St, MC: PA-450-FB1, Reading, PA 19602-1011 |
| 14706772 | *+ | Santander Bank, N.A., 450 Penn St, MC: PA-450-FB1, Reading, PA 19602-1011 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| GEORGETTE MILLER | on behalf of Debtor Maurice Presbery bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Maurice Presbery
    Debtor(s)

Chapter: 13
Bankruptcy No: 22−11470−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this November 23, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Eric L. Frank
Judge ,
United States Bankruptcy Court

52 − 13
Form 155