UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

Maurice Presbery

                Debtor

Case No.: <u>22-11470</u>
Adversary No.: <u>      </u>
Chapter: <u>13</u>
Judge: <u>Ashely M Chan</u>

**CHANGE OF ADDRESS**

**Creditor Name:**  Santander Bank, N.A.

Old Mailing Address:

450 Penn Street
MC: PA-450-FB1
Reading, PA 19602

New Mailing Address:

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

Date: 02/04/2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                          Chapter #13
Maurice Presbery                                                Case No. 22-11470
                                                                Honorable Ashely M Chan

Debtor

_____/

## CERTIFICATE OF SERVICE

      I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on February 4, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage prepaid or other method specified on service list.
      Signed under the penalties of perjury, this 4th day of February 2025.

_____
Melissa A. Epler
Santander Bank, N.A.
Bankruptcy Administrator
1130 Berkshire Boulevard
Wyomissing, PA 19610
(484) 512-3552
Email: DeftBkr@santander.us

VIA US MAIL

Maurice Presbery
5916 Ella St
Philadelphia, PA 19120

VIA ECF

Kenneth E West
1234 Market St Ste 1813
Philadelphia, PA 19107

Georgette Miller
bky@dilworthlaw.com