UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Maurice Presbery | Case No.:  22-11470 |
| | Adversary No.: _____ |
| | Chapter:  13 |
| Debtor | Judge:  Ashely M Chan |

## CHANGE OF ADDRESS

**Creditor Name:**  Santander Bank, N.A.

**Old Payment Address**:

PO Box 847051
Boston, MA 02284-7051

**New Payment Address:**

PO Box 847105
Boston, MA 02284-7105

**Old Mailing Address:**

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

**New Mailing Address**:

10 Commons Boulevard
MC: PA-WYO-CP3
Reading, PA 19605

Date: 12/05/2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                      Chapter #13
Maurice Presbery                          Case No. 22-11470
                                                            Honorable Ashely M Chan

Debtor
_____/

## CERTIFICATE OF SERVICE

       I, Melissa A. Epler of Santander Bank, N.A., do hereby certify that on December 5, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage pre-paid or other method specified on service list.

       Signed under the penalties of perjury, this 5th day of December 2025.

                                               _____
                                               Melissa A. Epler
                                               Santander Bank, N.A.
                                               Bankruptcy Administrator
                                               10 Commons Boulevard
                                               MC: PA-WYO-CP3
                                               Reading, PA 1960
                                               (484) 512-3552
                                               Email: DeftBkr@santander.us

VIA US MAIL
Maurice Presbery
5916 Ella Street
Philadelphia, PA 19120

VIA ECF
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
ecfemails@ph13trustee.com

Michelle Lee
bky@dilworthlaw.com