| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **MAURICE PRESBERY** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** (State) |
| Case Number | **22-11470-AMC** |

## Official Form 410C13-N
# Trustee's Notice of Disbursements Made          12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

**Name of claim holder:** LAKEVIEW LOAN SERVICING, LLC C/O M&T BANK

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 4 9 8 9

**Property Address:**
5916 ELLA STREET
Number    Street

Philadelphia        PA    19120
City                State    ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

|   | | Amount |
|---|---|---|
| a. | Allowed amount of prepetition arrearage: | $ 1,987.36 |
| b. | Total amount of prepetition arrearage disbursed by the trustee: | $ 1,987.36 |
| c. | Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. | Total amount of arrearages disbursed by the trustee: | $ 1,987.36 |

### Part 4: Postpetition Payment

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:  $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

### Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:  $ -0-

### Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

Signature: ✗ /s/ Kenneth E. West      Date: 01/08/2026

Trustee: Kenneth E. West

Address: 190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

Contact phone: (215) 627-1377       Email: info@ph13trustee.com

| Debtor 1 | **MAURICE PRESBERY** | | Case Number | **22-11470-AMC** | Page 1 |
|---|---|---|---|---|---|
| | Name | | | | |

## History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 1 | LAKEVIEW LOAN SERVICING | Secured Arrears Mortgage | 09/18/2023 | 3029406 | Disbursement To Creditor/Principal | 440.76 |
| 1 | LAKEVIEW LOAN SERVICING | Secured Arrears Mortgage | 11/09/2023 | 3031404 | Disbursement To Creditor/Principal | 333.39 |
| 1 | LAKEVIEW LOAN SERVICING | Secured Arrears Mortgage | 12/21/2023 | 4000322 | Disbursement To Creditor/Principal | 1,199.26 |
| 1 | LAKEVIEW LOAN SERVICING | Secured Arrears Mortgage | 01/16/2024 | 4001166 | Disbursement To Creditor/Principal | 13.95 |
| | | | | | Total for Claim Number 1: | 1,987.36 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **1,987.36** |