United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Maurice Presbery

    Debtor

Case No. 22-11470-amc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 23, 2026 | Form ID: 206 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maurice Presbery, 5916 Ella Street, Philadelphia, PA 19120-2036 |
| 14701524 | + | Lakeview Loan Servicing LLC, C/O Rebecca Solarz, Esquire, KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15081276 | ++++ | SANTANDER BANK, N.A., MC:A-WYO-CP3, 1001 COMMONS BLVD, READING PA 19605-5500 address filed with court:, Santander Bank, N.A., 10 Commons Boulevard, MC:A-WYO-CP3, Reading, PA 19605 |
| 15081275 | | Santander Bank, N.A., PO Box 847105, Boston, MA 02284-7105 |
| 14696353 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 14696354 | + | Wells Fargo/Furniture Marketing Group, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2026 02:28:55 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14714476 | | Email/Text: megan.harper@phila.gov | Apr 24 2026 02:30:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14696342 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2026 02:29:07 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14696343 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2026 02:29:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14696344 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2026 02:29:00 | Comenitycapital/bjsclb, Po Box 182120, Columbus, OH 43218-2120 |
| 14709632 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2026 02:29:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14706535 | ^ | MEBN | Apr 24 2026 02:23:51 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14696345 | | Email/Text: camanagement@mtb.com | Apr 24 2026 02:29:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14696346 | | Email/Text: camanagement@mtb.com | Apr 24 2026 02:29:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 14696475 | ^ | MEBN | Apr 24 2026 02:25:15 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696553 | ^ | MEBN | Apr 24 2026 02:25:14 | Orion, C/O Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14709800 | ^ | MEBN | | |

District/off: 0313-2                      User: admin                                    Page 2 of 3

Date Rcvd: Apr 23, 2026                   Form ID: 206                                Total Noticed: 26

|  |  |  | Apr 24 2026 02:23:54 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14696347 | + | Email/Text: DeftBkr@santander.us | Apr 24 2026 02:29:00 | Santander Bank, 10-64-38-Fd7, 601 Penn Street, Reading, PA 19601-3563 |
| 14696349 | + | Email/Text: DeftBkr@santander.us | Apr 24 2026 02:29:00 | Santander Bank, Po Box 12646, Reading, PA 19612-2646 |
| 14696350 | + | Email/Text: DeftBkr@santander.us | Apr 24 2026 02:29:00 | Santander Bank, Po Box 841002, Boston, MA 02284-1002 |
| 14696348 | + | Email/Text: DeftBkr@santander.us | Apr 24 2026 02:29:00 | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 14706771 | + | Email/Text: DeftBkr@santander.us | Apr 24 2026 02:29:00 | Santander Bank, N.A, 450 Penn St, MC: PA-450-FB1, Reading, PA 19602-1011 |
| 14706770 | + | Email/Text: DeftBkr@santander.us | Apr 24 2026 02:29:00 | Santander Bank, N.A., 1130 Berkshire Boulevard, MC:PA-WYO-BKR2, Wyomssing, PA 19610-1242 |
| 14696351 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2026 02:29:05 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14696352 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2026 02:28:54 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Bank, N.A., 450 Penn Street, MC: PA-450-FB1, Reading, PA 19602-1011 |
| 14733318 | * | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14706772 | *+ | Santander Bank, N.A., 450 Penn St, MC: PA-450-FB1, Reading, PA 19602-1011 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026                   Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                                    User: admin                                              Page 3 of 3
Date Rcvd: Apr 23, 2026                                Form ID: 206                                    Total Noticed: 26

MATTHEW K. FISSEL

        on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

MICHELLE LEE

        on behalf of Debtor Maurice Presbery bky@dilworthlaw.com  ksheronas@dilworthlaw.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Maurice Presbery                                             Case No: 22−11470−amc

     Debtor(s)

---

### NOTICE OF CHAPTER 13 CASE CLOSED
### WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑  Debtor did not file certification of completion of instructional course concerning personal financial management.

☑  Debtor has not certified that all domestic support obligations due have been paid.

☐  Debtor has a prior discharge and is not eligible for a discharge in this case.

 

For The Court

Dated: April 23, 2026

Mohung Wong
Clerk of Court

74
Form 206